## SANCTUARY MANAGEMENT GROUP

6033

Employee
Mary Burch, 5038 Doctors Drive, Geneva, OH 44041

SSN ***-**-9719
Status (Fed/State): Married/Withhold
Pay Period: 12/06/2009 - 12/19/2009

Allowances/Extra
Fed-1/0/OH-1/0
Pay Date: 12/24/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Caregiver-Hourly | 56.25 | 9.25 | 520.31 | 13,381.15 |
| Caregiver-PTO | 8.00 | 9.25 | 74.00 | 1,381.50 |
| Caregiver-Overtime | | | 0.00 | 81.00 |
| Caregiver-Holiday | | | 0.00 | 101.25 |
| | | | 594.31 | 14,944.90 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Geneva - Local Tax W/H | -8.91 | -224.20 |
| Federal Withholding | 0.00 | -61.00 |
| Social Security Employee | -36.84 | -926.58 |
| Medicare Employee | -8.62 | -216.70 |
| OH - Withholding | -8.39 | -207.74 |
| | -62.76 | -1,636.22 |

Net Pay  531.55  13,308.68

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Vacation | 150.00 | 87.74 |

Sanctuary Management Group, LLC Payroll, 1200 Commerce Place, Geneva, Ohio, 44041 , SANCTUARY MANAGEMENT GROUP, LLC

---

## SANCTUARY MANAGEMENT GROUP

607

Employee
Mary Burch, 5038 Doctors Drive, Geneva, OH 44041

SSN ***-**-9719
Status (Fed/State): Married/Withhold
Pay Period: 12/20/2009 - 01/02/2010

Allowances/Extra
Fed-1/0/OH-1/0
Pay Date: 01/08/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Caregiver-Hourly | 62.00 | 9.25 | 573.50 | 573.50 |
| Caregiver-PTO | 8.00 | 9.25 | 74.00 | 74.00 |
| | | | 647.50 | 647.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Geneva - Local Tax W/H | -9.71 | -9.71 |
| Federal Withholding | 0.00 | |
| Social Security Employee | -40.15 | -40.15 |
| Medicare Employee | -9.39 | -9.39 |
| OH - Withholding | -10.04 | -10.04 |
| | -69.29 | -69.29 |

Net Pay  578.21  578.21

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Vacation | 8.00 | 66.04 |

Sanctuary Management Group, LLC Payroll, 1200 Commerce Place, Geneva, Ohio, 44041 , SANCTUARY MANAGEMENT GROUP, LLC

## SANCTUARY MANAGEMENT GROUP

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Mary Burch, 5038 Doctors Drive, Geneva, OH 44041 | | | | | ***-**-9719 | Married/Withhold | Fed-1/0/OH-1/0 |
| | | | | | Pay Period: 01/03/2010 - 01/16/2010 | | Pay Date: 01/22/2010 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Caregiver-Hourly | 60.50 | 9.25 | 559.63 | 1,133.13 |
| Caregiver-PTO | | | 0.00 | 74.00 |
| | | | 559.63 | 1,207.13 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Geneva - Local Tax W/H | -8.39 | -18.10 |
| Federal Withholding | 0.00 | |
| Social Security Employee | -34.69 | -74.84 |
| Medicare Employee | -8.11 | -17.50 |
| OH - Withholding | -7.51 | -17.55 |
| | -58.70 | -127.99 |

| Net Pay | 500.93 | 1,079.14 |
|---|---|---|

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Vacation | 8.00 | 91.48 |

Sanctuary Management Group, LLC Payroll, 1200 Commerce Place, Geneva, Ohio, 44041 , SANCTUARY MANAGEMENT GROUP, LLC

---

## SANCTUARY MANAGEMENT GROUP

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Mary Burch, 5038 Doctors Drive, Geneva, OH 44041 | | | | | ***-**-9719 | Married/Withhold | Fed-1/0/OH-1/0 |
| | | | | | Pay Period: 01/17/2010 - 01/30/2010 | | Pay Date: 02/05/2010 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Caregiver-Hourly | 60.25 | 9.25 | 557.31 | 1,690.44 |
| Caregiver-PTO | | | 0.00 | 74.00 |
| | | | 557.31 | 1,764.44 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Geneva - Local Tax W/H | -8.36 | -26.46 |
| Federal Withholding | 0.00 | |
| Social Security Employee | -34.56 | -109.40 |
| Medicare Employee | -8.08 | -25.58 |
| OH - Withholding | -7.45 | -25.00 |
| | -58.45 | -186.44 |

| Net Pay | 498.86 | 1,578.00 |
|---|---|---|

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Vacation | 8.00 | 96.91 |

Sanctuary Management Group, LLC Payroll, 1200 Commerce Place, Geneva, Ohio, 44041 , SANCTUARY MANAGEMENT GROUP, LLC